11,721-20

To: Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 (Capitol Station)
Austin, Texas 78711-12308

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
Abel Acosta, Clerk

Ex Parte Willie Downell Beasley, Tr. Cause No A-9192-K
WR-11,721-20

Dear Clerk:

Please find enclosing legal documents that is being re-filed with your office in regards to the above and mention cause number these documents were previously submitted to your office, but was returned due to the writ not being forwarded by the trial court official and applicant request that this court would order the case returned for a hearing and proper finding of facts and conclusion of law.

Because the merits have never been addressed and the applicant has met his burden pursuant to 11.07 sec. 4(A)(1)(2) and Art. 11.071(5)(A)(2) and if applicant can be of further assistance please advise and a motion requesting leave I.E. 11.59 motion was submitted to the trial court no ruling. And the newly discovered evidence was attached as well as other legal documents.

MOTION DENIED
DATE: 10-28-15
BY: PC

10-15-2015

Sincerely
/s/ Willie D. Beasley
Willie D. Beasley
TDCJ-CID No 820844
M.W. Michael Unit
2664 F.M. 2054
Tennessee Colony, Tx. 75886

TO: Mr. Abel Acosta
CLERK of Texas Court of Criminal Appeals
P.O. Box 12308 (CAPitol STATION)
Austin, Texas 78711-12308
 RE: EXPARTE Willie Donnell BEASLEY, TR. CAUSE NO. A-9192-K
WR-11,721-20;        EMERGENCY NOTICE

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

DEAR CLERK;
     PLEASE Find Enclosed FOR FiLING with WRit of HABEAS
CORPUS THAT HAS BEEN FiLED IN Your OFFICE IN The Above And
STYLE WRit Number. APPLicant REQUESt And motion FOR a NEW
TRIAL BASED UPON NEWLY DiscovERed EVIDENCE Pursuant to
21.3 (E)(G)(H) TEXAS RULE of APPELLATE ProcEDURE with Exhibit(s)
Attached with The motion. And APPLicant REQUESt LEAVE to
obtain A WRit A SECOND Time Pursuant to Article 11.55 Code
of CRIMINAL ProcEDURE; And COPY of The WRit of HABEAS CORPUS
WAS FiLED with The TRIAL Court DistRict CLERK's OFFICE At The
SAME Time; I ASk that You would PLACE The Enclosing Document
with The WRit of HABEAS CORPUS FOR Proper Consideration by
The JustiCE's of This Court And A COPY of The SAME HAS BEEN
SERVED on The DistRict CLERK of HENDERSON County, Tx. AS WELL
AS The DistRict ATTORNEY's OFFICE And PLEASE Notify me of
Your FiLING At Your EARLiest Convenience.

                              Your TRULY
                              Willie D Beasley
                              Willie D. BEASLEY
                              870844
                              M.W. MICHAEL UNIT
                              2664 F.M 2054
                              TEAW. Colony, Tx. 75886

DATE: 8/17/2015

TO: MS. BETTY HERRIABE
DISTRICT CLERK OF HENDERSON COUNTY
100 EAST TYLER STREET ROOM 203
ATHENS, TEXAS 75751

RE: EX PARTE: WILLIE DOWNELL BEASLEY, CAUSE NO. A-9192-
WR-11,721-20      "EMERGENCY NOTICE"

DEAR CLERK:

PLEASE FIND ENCLOSED APPLICANT REQUEST AND MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE PURSUANT TO 21.3(C)(6)(H) TEXAS RULES OF APPELLATE PROCEDURE WITH EXHIBIT(S) ATTACHED WITH MOTIONS.

APPLICANT REQUEST FOR LEAVE TO OBTAINING WRIT A SECOND TIME PURSUANT TO ARTICLE 11.59 CODE OF CRIMINAL PROCEDURE THE WRIT OF HABEAS CORAMS HAS BEEN FILE BOTH WITH YOUR OFFICE AND THE CLERK TEXAS COURT OF CRIMINAL APPEALS.

PLEASE SERVE A COPY OF THE DISTRICT ATTORNEY OFFICE AND PLEASE FORWARD A COPY OF THE SAME TO JUDGE MOORE AT YOUR EARLIEST CONVENIENCE.

8/17/2015

RESPECTFULLY
/s/ Willie D Beasley
WILLIE DOWNELL BEASLEY
TDCJ-NO. 870844
M.W. MICHAEL UNIT
2664 F.M. 2054
TE a N. COLONY, TX. 75886

IN THE COURT OF CRIMINAL APPEAL OF TEXAS
AT AUSTIN, TEXAS

No. _____

Ex Parte Willie Donnell Beasley
                    Applicant

On Motion for a New Trial
Cause No. A-9192 in the 173rd
District Court of Henderson County, Texas

Applicant Request and Motion for New
Trial Based on Newly Discovered
Evidence Pursuant to 21.3 (E) (G) (H)
Texas Rules of Appellate Procedure

To The Honorable Judge(s) of said Court:

Now comes Willie Donnell Beasley, applicant pro-se in the above and styled cause number and file this request for motion for new trial based on newly discovered evidence and information and would show the Court the following:

Applicant was convicted of Aggravated Robbery: Habitual offender and sentenced to (40) years confinement in the Texas Department of Criminal Justice Institutional Division. The Twelfth Court of Appeals affirmed his conviction. **Beasley vs. State,** No. 11.721 (Tex. App. Tyler) (2000) (Unpublished opinion).

1. Applicant is actually innocent of the crime of Aggravated Robbery. State failed to prove the element of offense Agg.

2. Since applicant trial newly discovered evidence of a material defense witness has come to light. And this witness has been kept from the court by force and threats made by District Attorney S.D. Moore against defense attorney.

3. Evidence tending to establish applicant innocence has been intentionally witheld by defense attorney and Assistant D.A. S.D. Moore, investigator report and phone records and finger printing record report.

4. Failed to produce alibi witness at trial.

5. Jury member has engaged in misconduct that the applicant did not receive a fair and impartial trial; or

6. The verdict is contrary to the law and the evidence.

## PRAYER

Wherefore premises considered, applicant respectfully prays that his

Honorable Court will grant applicant a new trial and appoint counsel for applicant or/order an reversed and reman the applicant back to the custody of the official of Henderson County, Texas.

8/18/2015

/s/ _Willie D. Beasley_
Willie D. Beasley #870844
M.W. Micheal Unit
2664 FM 2054
Tenn. Colony, Tx. 75886

## CERTIFICATE OF SERVICE

I, Willie D. Beasley, #870844, certify that a true and correct copy of the above and foregoing motion for new trial based on newly discovered evidence has been served on the State District Clerk to have served.

8/18/15

/s/ _Willie D. Beasley_
Willie D. Beasley #870844
M.W. Michael Unit
2664 FM 2054
Tenn. Colony, Tx. 75886